IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Rural Development)

      Plaintiff

      vs.

THE ESTATE OF MILAGROS ACEVEDO
VAZQUEZ composed by RICARDO
PIÑEIRO ACEVEDO (Known heir)

      Defendants

CIVIL NO. 98-1509 (PG)

ACTION FOR:

FORECLOSURE OF MORTGAGE

------------------------------------------------------------------

ORDER OF EVICTION

WHEREAS: As upon the foreclosure of the Mortgage executed in favor of Rural Development, and Agency and instrumentality of the United States of America, the Special Master appointed here in at a public sale held on July 6, 1999, sold to Arquelio Acosta, the premises described as follows:

----**URBANA**: Solar identificado con el número Ocho (8) del bloque B, del proyecto de Urbanización Extensión Villas de España, radicado en el Barrio Mora de Isabela, Puerto Rico, con una cabida superficial de **TRESCIENTOS ONCE PUNTO CERO CUATRO (311.04) METROS CUADRADOS**; colindando al **NORTE**, con la calle C en trece metros; al **SUR**, con Jesús M. Alens en uno punto catorce metros y con Miguel Ramos en doce punto treinta y seis metros para un total de trece punto cinco metros; por el **ESTE**, con el solar número nueve del bloque B en veintitres punto cuarenta y cinco metros y al **OESTE**, con el solar número siete del bloque B en veintitres punto cinco metros. Esta afecto en el lado Norte por una servidumbre de uno punto cinco metros de ancho por trece metros de largo que corre de ESTE a OESTE a favor de la Puerto Rico Telephone Company y por el SUR, en una servidumbre pluvial de tres metros de ancho por trece punto cinco metros de largo que corre de ESTE A OESTE a favor del Municipio de Isabela.-------------------------------------------------------

---Enclava una casa dedicada a vivienda.----------------------------

---Inscrita al folio ciento tres (103) del tomo trescientos veintiseis (326) de Isabela, finca número diecisiete mil nueve



Order of Eviction                    -2-                    96-2656 (DRD)

(17,009), inscripción Primera, Registro de la Propiedad de
Aguadilla.------------------------------------------

    WHEREAS: Said sale was confirmed by order of this court.

    WHEREAS: Having complied with all the requirements of law
the Purchaser Arquelio Acosta is entitled to have possesión of
said property.

    WHEREFORE: It is orderd by this Court that the U.S.
Marshall proceed to evict the occupant(s) of said property sold;
and that the U.S. Marshall are authorize if necessary to use
whatever means are needed to gain entry to the property including
removing locks doors and windows, in order to gain acess to said
property.

    In San Juan, Puerto Rico, this /7th of september 1999.

UNITED STATES DISTRICT JUDGE