UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Rural Development)
    Plaintiff(s)

        v.                                    Civ. No. 98-1509 (PG)

THE ESTATE OF MILAGROS ACEVEDO
VAZQUEZ COMPOSED BY RICARDO PINEIRO
ACEVEDO (KNOWN HEIR)
    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #15 - Motion For Withdrawal Of Funds. | Granted |

Date: December 14, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

Sk: Finance